In the Matter of the BANK OF RICHMONDVILLE et al., as Executors of WILLIAM E. LEWIS, Deceased, Appellants, against MARK GRAVES et al., Constituting the State Tax Commission, Respondents.

Argued October 3, 1940; decided November 13, 1940.

*Francis D. Higson* for appellants.

*I. Herman Sher* for Satterlee & Green, *amici curiæ.*

*John J. Bennett, Jr., Attorney-General (Joseph M. Mesnig* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH and RIPPEY, JJ. Dissenting: SEARS, LEWIS and CONWAY, JJ.,